# CALENDAR : MAGISTRATE'S PROCEEDING
# VIA ZOOM VIDEO/AUDIO

BEFORE MAG. JUDGE __LOIS BLOOM__    DATE : __4/20/2023__

DOCKET NUMBER : __23 CR 145 (HG)__    LOG time : __11:05-11:25, 2:05-2:38__

DEFT NAME : __Kate Spencer__    ATTY: __Paul Gerson__
_X_ Present ___ Not Present ___ Custody _X_ Bail ___ Federal Defender ___ CJA _X_ Ret

DEFT NAME : __Ziv Biton__    ATTY: __Paul Gerson__
___ Present ___ Not Present ___ Custody ___ Bail ___ Federal Defender ___ CJA _X_ Ret

A.U.S.A. : __Andrew Estes__    DEPUTY CLERK : __SM Yuen__

INTERPRETER : _____ (Language)

X   Defendants' first appearance.     X   Defendants arraigned on the indictment.

X   Defendants informed of rights.

X   Both defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

X   Status conference set for _____ @ _____ before Judge __Gonzalez__

__Bail__   Hearing held as to both defendants.

__Both__   Defendant was released on __$500,000 bond__ with   conditions.

X   Defendants and suretors advised of bond obligations and gave permission for the court to sign bond on their behalf.

X   Rule 5f order read into the record.

__X__   Order of Speedy Trial entered   Start __4/20/2023__   Stop __5/15/2023 as to both defts.__

OTHERS : _____