UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  v.<br><br>KATE SPENCER, *et al*,<br><br>                  Defendants. | **ORDER**<br>23-CR-00145 (HG) |

Upon the written application of Jonathan David Goldin, attorney for Kate Spencer and Ziv Biton, and with the consent of the Government represented by Assistant United States Attorney Andrew Estes, for an order granting a continuance of proceedings in the above-captioned matter.

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the Defendants and counsel for the Government the reasonable time necessary to exchange and review discovery, taking into account the exercise of due diligence.

2. The failure to grant a continuance would deny counsel for the Defendants and counsel for the Government the reasonable time necessary to explore potential plea negotiations, taking into account the exercise of due diligence.

3. As a result of the foregoing, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial.

IT IS, therefore, on this 11th day of July 2023,

ORDERED that this action be, and hereby is, continued until September 6, 2023; and it is further

ORDERED that the period from the date of this order through September 6, 2023 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

SO ORDERED.

                                                  */s/ Hector Gonzalez*
                                                  HECTOR GONZALEZ
                                                  United States District Judge

Dated: Brooklyn, New York
         July 11, 2023