

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MGD
F. #2022R00135

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 15, 2023

<u>By ECF</u>

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kate Spencer and Ziv Biton
               <u>Criminal Docket No. 23-145 (HG)</u>

Dear Judge Gonzalez:

        The government writes to inform the Court that the parties have reached a resolution as to the pending charges against the defendants in this case. Accordingly, the parties jointly respectfully request that the Court cancel the status conference that is currently set for November 28, 2023, and schedule a change of plea hearing. The parties are informed that December 20, 2023, at 11:00 a.m. would be a date and time convenient for the Court.

The government respectfully requests that the time between the planned November 28, 2023 status conference and the date set for the change of plea hearing be excluded from the Speedy Trial Clock. Counsel for the defendants consents to the government's request.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

          GLENN S. LEON
          Chief
          Fraud Section, Criminal Division
          United States Department of Justice

By:   /s/ Miriam L. Glaser Dauermann
          Miriam L. Glaser Dauermann
          Acting Assistant Chief
          Fraud Section, Criminal Division
          United States Department of Justice
          (718) 254-7575

cc: Jonathan Goldin, Esq. (counsel for Kate Spencer and Ziv Biton) (by ECF)