

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 17, 2024

**BY ECF**

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Kate Spencer and Ziv Biton
               Criminal Docket No. 23-145 (HG)

Dear Judge Gonzalez:

        Respectfully enclosed, for Your Honor's consideration, is a Joint Motion for Pre-Sentence Payments and proposed Order Granting Joint Motion for Pre-Sentence Payments.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:    /s/ *Daniel G. Saavedra*
                              Daniel G. Saavedra
                              Assistant U.S. Attorney
                              (718)-254-6360

Encls.
cc:    Counsel of Record (by ECF)