UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ZIV BITON<br><br>Defendant. | **ORDER GRANTING JOINT MOTION FOR PRE-SENTENCE PAYMENTS**<br><br>Criminal Action No.<br>23-CR-145 (HG) |

------------------------------------------------------------X

WHEREAS, on or about December 19, 2023, defendant Ziv Biton (the "Defendant") executed a plea agreement agreeing to plead guilty to Counts One and Two of the above-captioned indictment, in violation of 18 U.S.C. §§ 1349 and 1956(h);

WHEREAS, on December 20, 2023, the Court accepted Defendant's guilty plea (*see* Docket Sheet, Minute Entry dated December 20, 2023);

WHEREAS, pursuant to the plea agreement, Defendant agreed to restitution in the amount of $207,500.00;

WHEREAS, Defendant has offered to fully satisfy his criminal restitution obligation with payments made at or before sentencing;

WHEREAS, pursuant to 28 U.S.C. §§ 2041 and 2042, the United States and the Defendant (the "Parties") have jointly moved the Court for an order authorizing pre-sentence payments;

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Parties' Joint Motion for Pre-Sentence Payments is GRANTED.

2. Defendant shall submit payments to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201, with *United States v. Ziv Biton*, 23-CR-145 (HG), noted on each payment instrument.

3. The Clerk of the Court is directed to deposit the funds in an interest-bearing account pending further Order of the Court. Upon entry of a criminal judgment, the Clerk of the Court is directed to withdraw and apply the deposited funds in partial satisfaction of the criminal restitution imposed on Defendant. When the funds are withdrawn and distributed, the Clerk of the Court is directed, without further order of this Court, to deduct from the income earned on the deposit a fee, as set by the Director of the Administrative Office and authorized by the Judicial Conference of the United States, 28 U.S.C. § 1914.

4. The Clerk of the Court shall docket, file and forward three (3) certified copies of this Order to the United States Attorney's Office, Attn: Assistant U.S. Attorney Daniel G. Saavedra, 271A Cadman Plaza East, New York 11701.

SO ORDERED this 17th day of January, 2024.
　　　*/s/ Hector Gonzalez*
HONORABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE